IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| VARIS AIZUPITIS, | § | |
| | § | |
| Defendant Below, | § | No. 107, 2019 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 9507001267 (N) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: September 20, 2019
Decided: November 27, 2019

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## **ORDER**

After careful consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court's well-reasoned opinion, dated February 19, 2019 and corrected on March 6, 2019,[1] denying the appellant's first motion for postconviction relief.

BY THE COURT:

*/s/Gary F. Traynor*
Justice

---

[1] *Aizupitis v. State*, 2019 WL 1077687 (Del. Super. Ct. Feb. 19, 2019).